UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JEHLE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants. | Case No. CV 14-178 JC<br><br>JUDGMENT |

In accordance with the Court's Memorandum Opinion issued this date, IT IS HEREBY ADJUDGED that: (1) the Motion to Dismiss the operative Second Amended Complaint filed by defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., and The Bank of New York Melon formerly known as The Bank of New York as Trustee for CWABS Asset-Backed Certificates Trust 2006-15 is granted in part; (2) plaintiffs' first claim – a Federal Truth in Lending Act claim arising under Title 15, United States Code, section 1641(g) – is dismissed with prejudice and without leave to amend; (3) plaintiffs' second claim – a California Unfair Competition Law, California Business and Professions Code section 17200 claim

///

1  – is dismissed without prejudice; and (3) the Doe defendants are dismissed
2  without prejudice.
3        IT IS SO ADJUDGED.
4        DATED:  June 10, 2014

                                            _____/s/_____
                                            Honorable Jacqueline Chooljian
                                            UNITED STATES MAGISTRATE JUDGE